■ DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellant, v ROBIN PESTANO et al., Defendants, and FLORENCE GLAY, Respondent. [899 NYS2d 619]—In an action to foreclose a mortgage, the plaintiff appeals from a decision of the Supreme Court, Kings County (Archer, J.H.O.), dated January 29, 2009, which, after a hearing, found that service of process was improper.

Ordered that the appeal from the decision is dismissed, with costs, as no appeal lies from a decision (*see Schicchi v J.A. Green Constr. Corp.*, 100 AD2d 509 [1984]). Covello, J.P., Florio, Eng and Chambers, JJ., concur.